# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JOSE FRANCO,**

    **Plaintiff,**

v.                                                     **2:22-cv-2197**
                                                           **Judge Graham**
                                                **Magistrate Judge Jolson**

**CUSTOM CARE CONSTRUCTION LLC,**

    **Defendant,**

## ORDER

This matter is before the Court on Defendant's Motion to Compel (Doc. 18).  Upon review of the response and reply filed in relation to the Motion, it appears that Plaintiff's counsel has now provided responses to the majority of Defendant's interrogatories and requests for production but is waiting on action from Plaintiff to produce tax returns and responses to two outstanding interrogatories.  (*See* Docs. 20, 21).  In other words, much of the Motion appears to be moot, and may be entirely moot if Plaintiff's counsel is given additional time to provide complete responses.

Accordingly, the discovery deadline is **EXTENDED** until July 21, 2023.  The parties are **ORDERED** to provide a status report, on or before July 21, 2023, updating the Court on the status of production and whether the Motion is moot.  In that status report, the parties must include a proposed scheduling order for the remaining case deadlines.

IT IS SO ORDERED.

Date:  July 7, 2023                                                            /s/ Kimberly A. Jolson
                                                                                   KIMBERLY A. JOLSON
                                                                                   UNITED STATES MAGISTRATE JUDGE